DECHERT LLP
1095 Avenue of the Americas
New York, New York 10036
Tel: (212) 698-3500
Fax: (212) 698-3599
Andrew J. Levander
andrew.levander@dechert.com
Neil A. Steiner
neil.steiner@dechert.com

1775 I. Street, N.W.
Washington, D.C. 20006
Tel: (202) 261-3300
Fax: (202) 261-3333
Steven A. Engel
steven.engel@dechert.com

*Attorneys for Defendants J. Ezra Merkin
and Gabriel Capital Corporation*

**Hearing Date:** October 22, 2009 at 10:00 a.m.
**Response Date:** September 21, 2009

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------- X

In re:

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

Debtor.

------------------------------------------- X

IRVING H. PICARD, Trustee for the Liquidation
of Bernard L. Madoff Investment Securities LLC,

Plaintiff,

v.

J. EZRA MERKIN, GABRIEL CAPITAL, L.P.,
ARIEL FUND LTD., ASCOT PARTNERS, L.P.,
GABRIEL CAPITAL CORPORATION,

Defendants.

------------------------------------------- X

SIPA LIQUIDATION

No. 08-01789 (BRL)

Adv. Proc. No. 09-01182 (BRL)

**DEFENDANTS J. EZRA MERKIN'S AND
GABRIEL CAPITAL CORPORATION'S NOTICE OF MOTION
TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendants J. Ezra Merkin's and Gabriel Capital Corporation's Motion to Dismiss Plaintiff's Amended Complaint, Defendants J. Ezra Merkin ("Merkin") and Gabriel Capital Corporation ("GCC, and together with Merkin, the "Merkin Defendants") will move before the Honorable Burton R. Lifland, United States Bankruptcy Judge, United States Bankruptcy Court, Southern District of New York, pursuant to Federal Rule of Civil Procedure 12(b)(6), which is made applicable to this adversary proceeding by Federal Rule of Bankruptcy Procedure 12(b), for an order dismissing the Amended Complaint as to the Merkin Defendants.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on October 22, 2009 at 10:00 a.m., at the United States Courthouse, One Bowling Green, New York, New York.

**PLEASE TAKE FURTHER NOTICE** that answering papers, if any, to the Motion shall be filed with the Bankruptcy Court and served upon counsel for the Merkin Defendants, Dechert LLP, 1095 Avenue of the Americas, New York, New York 10036, Attn: Andrew J. Levander, Esq., by no later than September 21, 2009. Reply papers, if any, shall be filed with the Bankruptcy Court and served upon counsel for Plaintiff, Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, by no later than October 7, 2009.

Dated: New York, New York
September 4, 2009

DECHERT LLP

By: _____
Andrew J. Levander
Neil A. Steiner
1095 Avenue of the Americas
New York, New York 10036
Tel: (212) 698-3500
Fax: (212) 698-3599
andrew.levander@dechert.com
neil.steiner@dechert.com

Steven A. Engel
1775 I. Street, N.W.
Washington, D.C. 20006
Tel: (202) 261-3300
Fax: (202) 261-3333
steven.engel@dechert.com

*Attorneys for Defendants J. Ezra Merkin and Gabriel Capital Corporation*

To: BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Tel.: (212) 589-4200
Fax: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,*